

Scott Daniel 8826 N. Bank Dr
Ventura, California [93004] 805 671 9807

CLERK, U.S. DISTRICT COURT
MAR - 2 2012
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

Filed on Demand

**In the United States District Court
for the Central District of California**

CV12 01781 RGK AJWx

| | |
|---|---|
| Scott Daniel | } **Libel of Review** |
| | } |
| v. | } - common law counterclaim in admiralty - |
| | } - notice lis pendens and - |
| | } - verified statement of right - |
| | } |
| Timothy Franz GEITHNER | } Re: God-given unalienable rights in the |
| | } original estate - Article III; Constitution |

**Comes now** Scott Daniel of the MACNEILAGE family making a special visitation by absolute ministerial right to the district court, "restricted appearance" under Rule E(8). Timothy Franz GEITHNER has been making false claims and this counterclaim and notice lis pendens are now in the "exclusive original cognizance" of the United States through the district court - see the First Judiciary Act of September 24, 1789, Chapter 20, page 77.

**Jurisdiction**: In international law and according to the law of the land, agents of a foreign principal are required to file any pretended claim in the appropriate district court prior to exercising rights to that claim. The district courts have "exclusive original cognizance" of all inland seizures and this includes vessels in rem (Rule C(3)) such as trust organizations and legal names (Scott D. MacNeilage, SCOTT DANIEL MACNEILAGE, Timothy Franz GEITHNER, Henry Paulson, John Snow etc.)

> "...the United States, ... within their respective districts, as well as upon the high seas; (a) saving to suitors, in all cases, the right of a common law remedy, where the common law is competent to give it; and shall also have exclusive original cognizance of all seizures on land,..." *The First Judiciary Act*; September 24, 1789; Chapter 20, page 77. *The Constitution of the United States of America*, Revised and Annotated - Analysis and Interpretation - 1982; Article III, §2, Cl. 1 *Diversity of Citizenship*, U.S. Government Printing Office document 99-16, p. 741.

This fact of protocol - filing a claim in district court according to international law - is beyond dispute and extends into antiquity: "Meanwhile those who seized wreck ashore without a grant from the Crown did so at their peril." *Select Pleas in the Court of Admiralty*, Volume II, A.D. 1547-1602; Introduction - Prohibitions, *Note as to the early Law of Wreck*, Selden Society, p. xl, 1897. Even the IRS recognizes the protocol:

"**Place for filing notice; form**. Place for filing. The notice referred to in subsection (a) shall be filed -- with the clerk of the district court. In the office of the clerk of the United States district court for the judicial district in which the property subject to the lien is situated..." Title 26 U.S.C. §6323.

Timothy Franz GEITHNER, acting as "City METRO officer – U.S. Governor for the International Monetary Fund – United Nations" *city* of Washington, *District* of Columbia is agent of a foreign principal, a "foreign state" defined at Title 28 of the United States Codes §1603, and Title 22 U.S.C. §611 the **Division of enforcement** for the **Department of revenue** (for example C.R.S. §24-1-117 [Colorado]) under principal State Governor in convention with METRO organization a.k.a. *Public Administrative Services Headquarters* (PASHQ - signed for example by Edwin C. Johnson by John T. Bartlett; *The Public Papers and Addresses of Franklin D. Roosevelt, The Year of Crisis 1933* Random House p. 21.) The *Department of Revenue* of course being the execution of bankruptcy proceedings against the citizens of the United States since 1933 currently formed "International Monetary Fund" and "World Bank" etc. - the State, City METRO municipal and police powers under United Nations charter law - protected by the same alleged positive law jural society (international treaty) exemptions home rule (of for example, Article VI and Article XX of the *State of Colorado* Constitution, "**Transfer of government.**")

The district court for the Central District of California has acquired exclusive original cognizance of this counterclaim for the United States because this is a federal question - a Constitutional matter involving a man on the land complaining about theft and kidnap - Title 18 U.S.C. §§ 661 and 1201 respectively and irregular extradition from the asylum state into the United States custody, treason - Constitution, Article III §3 and Title 18 U.S.C. §2381 by an agent of a foreign principal, creating diversity of citizenship - Title 28 U.S.C. §§1331 and 1333 respectively. The presentments (notification) are arbitrary and capricious clearly implying that if Scott Daniel fails to comply with the suggested terms there will be "law enforcement" actions by way of inland seizure. Speaking historically, the districts, formed in 1790 for handling the financial obligations of the United States could not come into existence until after formal expression of remedy in the 'saving to suitors' clause (1789) quoted above and codified at Title 28 U.S.C. §1333. The law is paraphrased in the Internal Revenue Codes:

"Form. The form and content of the notice referred to in subsection (a) shall be prescribed by the Secretary. Such notice **shall be valid notwithstanding any other provision of law** regarding the form or content of a notice of lien." Title 26 U.S.C. §6323(F)(3). *emphasis added*

The only excuse for the discretionary authority granted administrative agencies is the judicial oversight demonstrated in this invocation of an Article III court.

**Law of the flag**: Man is created in the image of God and to reduce a man to chattel against the national debt is an affront to God. Exodus 13:16 and Genesis 1:27.

## Cause of action

CAUSE OF ACTION HERE. This presumption is erroneous and based upon endorsements of private credit from the Federal Reserve that have never been made in good faith. The subjection to Special Drawing Rights (Paper Gold) is one thing but presuming endorsement of fractional lending practiced outside the scope of lawful money is unlawful and such presumption is defeated by law herein, *nunc pro tunc*. See Title 12 U.S.C. §411; Scott Daniel always would have exercised the right to handle lawful money had the option ever been presented in good faith. Scott Daniel would have redeemed every paycheck since the beginning of employment for lawful money per Title 12 U.S.C. §411 had the means not been kept from him by fraud of omission. The subject presentment utilized for the claim was regular enough but Scott Daniel wishes to invoke judicial review, "any other provision of law" and nullify any justification for any further such theft action - manifest in actual or threatened kidnap. Scott Daniel of the MACNEILAGE family is neither the trustee nor the fiduciary for SCOTT DANIEL MACNEILAGE or SCOTT D MACNEILAGE, SS#(Redacted – except for original "Refuse for Cause" documents served on Defendant), DOB March 19th, 1957. Even though Scott Daniel is authorized to use SCOTT DANIEL MACNEILAGE or SCOTT D MACNEILAGE, he does not wish to trespass on the trustees' office by becoming a de son tort trustee. Scott Daniel has been reasonable in asking for proof that the presentments upon which the theft is based are supported by verified lawful evidence of claim. He has exhausted his administrative remedies in an attempt to hold the administrative agencies (IRS and CA FTB) to their responsibilities under Title 15, FDCPA, IRS Restructuring and Reform Act of 1998, the Buck Act, the Agreement on Coordination of Tax Administration (ACTA), 26 U.S.C. §6110, §6203, §6103, §6702 and §6751 so as to get a meaningful hearing with regards to the administrative determinations that allegedly support the presentments. No verified lawful evidence of procedurally proper claim has been provided Scott Daniel. Under USC 552(a)(6)(a)(i) and The Fair Debt Collection Practices Act (FDCPA), IRS had 20 days to provide such and they have remained silent. IRS has ignored the full record and the law and has denied Scott Daniel access to written determinations in this regard in an attempt to coerce Scott Daniel into consenting to or negotiating a contract when none exists. The presentments upon which the theft is based have been refused for cause timely (considering preparation of proper remedy) and the red ink original refusal for cause has been returned to Timothy Franz GEITHNER in his copy of the counterclaim and summons. All other copies and the original counterclaim filed with the court have black ink (copy) refusals for cause on the presentments.

### Verified statement of right

Scott Daniel owns all property and land free and clear in any variation in his true and legal name.

### Stipulation of acceptable answer

The issue is simple. Agents of a foreign principal are required to file their complaint in the appropriate district court prior to exercising any claim against a man on the land. This is international and common law. Timothy Franz GEITHNER must directly address the validity of the (telephone) certificate of search that clearly shows there have been no claims filed against "Scott Daniel" or any pseudonym through which Scott Daniel may be engaged in contract. The court clerk James R. Manspeaker (District of Colorado now replaced by Gregory Langham) obfuscated remedy by denying proper certificates so Timothy Franz GEITHNER and anyone else for that matter can easily research case history against Scott Daniel or any legal name. Timothy Franz GEITHNER may call (213) 894-1565 to conduct searches and of course the Article III judge can research cases in chambers. It is however reasonable to say that if the Timothy Franz GEITHNER is moving on a valid claim and judgment in the district court then the Timothy Franz GEITHNER knows what case that is.

The United States is not a party in interest to this action. Any registered attorney responding for Timothy Franz GEITHNER cannot be a citizen of the United States due to the *de jure* Thirteenth Amendment of the Constitution. A certified copy is attached and fully incorporated into this counterclaim. (The federal judge assigned this case is competent to adjudicate under Article III due to "inactive" status with the State Supreme Court attorney register.) Addressing the certificate of search is the only response that will be considered an answer to this counterclaim. Failure to answer will be met with default judgment for Scott Daniel according to the notice on the face of the summons.

### Stipulation of remedy

The recourse sought is immediate exclusive original cognizance of the United States through the district court. This case is repository for evidence for injunctive relief from any future presentments and theft or kidnap actions from *any* foreign agents or principals. Though the theft/kidnap could be justified by notice and sophistry under the color of law of municipal structure, the proceedings have obviously been under the pretended authority of unconscionable contract and the recourse requested is proper. There is no excuse for the arbitrary and capricious attorney actions - **debt action in assumpsit** - that have confronted good men and women since the Banker's Holiday. Roosevelt implemented a "voluntary compliance" national debt (upon the States by Governor's Convention) but utilized the 1917 *Trading with the Enemy Act* to compel citizens of the United States to comply. The substitution of *citizen of the United States* for the German nationals on this land was against *Stoehr v. Wallace*, 255 U.S. 239 (1921)

where the Court clearly expresses "The Trading with the Enemy Act, originally and as amended, is strictly a war measure..." - directly citing the Constitution Article I, §8, clause 11. The war on the Great Depression 1) does not count and 2) would only last the duration of the emergency if it did. Presentments will be treated as described by the following example of clerk instruction:

**Scott Daniel**
**8826 N. Bank Dr.**
**Ventura, California.**
**[93004]**

United States District Court                                    Registered mail # RA XXX XXX XXX US
for the Central District of California
255 E. Temple Street
Los Angeles, California.
       [90012]

Dear clerk;

      Please file this refusal for cause in the case jacket of Article III case 03-XXXX. This is evidence if this presenter claims I have obligations to perform or makes false claims against me in the future. A copy of this instruction has been sent with the original refusal for cause back to the presenter in a timely fashion.

**Certificate of Mailing**

      My signature below expresses that I have mailed a copy of the presentment, refused for cause with the original clerk instruction to the district court and the original presentment, refused for cause in red ink and a copy of this clerk instruction has been mailed registered mail as indicated back to the presenter within a few days of presentment.

                                           *sample*
                                           Scott Daniel

Presenter's name                                    Registered mail # RA XXX XXX XXX US
Address
Anywhere, State.
      [presenter's code]

      Timothy Franz GEITHNER and all principals and agents are hereby properly notified. There is no governmental immunity to cover "law enforcement officers" who choose to interfere with our rights to the land and violators will be arrested by the U.S. Marshal according to Rule C of the *Supplemental Rules for Certain Admiralty and Maritime Claims*. Timothy Franz GEITHNER and all principals and agents are left with their remedy:

**COURTS OF THE UNITED STATES** ... 136. When a seizure has been voluntarily abandoned, it loses its validity, and no jurisdiction attaches to any court, unless there be a new seizure. 10 Wheat. 325; 1 Mason, 361. *First Judiciary Act*, September 24, 1789. *Bouvier's Law Dictionary* 1856.

Upon offense by hostile presentment after the inevitable default by Timothy Franz GEITHNER (including all agents, principals and any and all offensive presentments), after fair notice by refusal for cause like the above clerk instruction a certificate of exigent circumstances will be issued pursuant to Rule C(3)(a)(ii)(B) *Arrest Warrant* and the clerk will immediately issue an arrest warrant for Timothy Franz GEITHNER or named agent or principal to be taken into custody for the violations of law. Presentments of any kind from Timothy Franz GEITHNER or any agent acting for the bankruptcy of the United States through the District may be considered hostile threat of seizure.

### Stipulation regarding character and residential address

The use of a residential address is by right. All 'privileges' associated with postal delivery are compensated, usually prepaid in honestly won U.S. currency. Scott Daniel is not Pro Se and is not representing himself. The clerk shall not change the name of this suit on the docket from the name on the filing fee receipt. Scott Daniel retains the unalienable right to hold the district court clerk to the obligations to perform of file clerk for the United States working in the United States Courthouse. This includes the expectation that if and when this cause reaches default judgment against the Timothy Franz GEITHNER, the default judgment will be filed in full cognizance of the United States and will appear on the docket as "Default judgment for the plaintiff." Scott Daniel is authorized by fidelity bond to file default judgment in lieu of district court action. Any such judgment will stand on the truth for validity. Any character assassination will activate Instrumentality Rule and pierce the corporate veil of the United States and all agencies. Usage of residential address is non-assumpsit and changes Scott Daniel's character not in the least:

> The privilege against self-incrimination is neither accorded to the passive resistant, nor the person who is ignorant of his rights, nor to one indifferent thereto. It is a fighting clause. Its benefits can be retained only by sustained combat. **It cannot be claimed by attorney or solicitor.** It is valid only when insisted upon by a belligerent claimant in person. Quote from federal judge Lee in *United States v. Johnson et al.* No. 11400, Middle District of Pennsylvania, 76 R. Supp. 538; 1947 U.S. Dist. LEXIS 3057, February 26, 1947. *emphasis added*

The highlighted bold sentence in the above quote admonishes against any clerk action that falsely brands Scott Daniel Pro Se - to imply that Scott Daniel is representing himself before the district court. Scott Daniel is responsible asylum state visiting his judiciary under Rule E(8). If an Article I (active attorney) "judge" is assigned this case or the Article III judge chooses to protect the fiduciary interests of the Bank and Fund, to act as an attorney under Article I, maintain silence. The cash filing fee is fully paid in public money and not in private credit (US notes in the form of Federal Reserve notes). The funds were redeemed lawful money according to the US Supreme Court's interpretation of the Congress' definition from **US v Rickman; 638 F.2d 182**

> *In the exercise of that power Congress has declared that Federal Reserve Notes are legal tender and are redeemable in lawful money.* And, **US v Ware; 608 F.2d 400**

> *United States notes shall be lawful money, and a legal tender in payment of all debts, public and private, within the United States, except for duties on imports and interest on the public debt.*

Any presumptions made about the funds for this filing fee are that Scott Daniel has already exercised entitlement to redeem any Federal Reserve Bank notes tendered as legal tender for all debts public and private. Furthermore any and all funds discussed have been in redemption of Federal Reserve Bank notes, not endorsement thereof:

"BANKRUPTCY. The state or condition of a bankrupt.
2. Bankrupt laws are an encroachment upon the common law. The first in England was ..."
*Bouvier's Law Dictionary* 1856.

All testimony will be without immunity - **piercing the corporate veil and Instrumentality Rule**. Scott Daniel is a man with God-given unalienable rights, one living and regenerate entity of sound mind and body. For some realistic perspective the Credit River Money Decision is attached and fully incorporated into this counterclaim. Timothy Franz GEITHNER is clearly the debtor and Scott Daniel is clearly creditor. Scott Daniel is framing the accusation of fraud by omission in that if Scott Daniel had known about redeeming lawful money in good faith Scott Daniel would have been doing so since Scott Daniel's first paycheck ever!

## No magistrates

No one may handle this case but an Article III judge. The nature of this cause is injunctive relief, albeit preemptive. Title 28 U.S.C. §636(b)(1)(A) cannot ensue, "...except a motion for injunctive relief..."

Attachments fully incorporated:

1) Certificate of search on "Scott Daniel" from clerk of the district court is exempted due to falsifications by district court clerk James R. Manspeaker on such certificates. Timothy Franz GEITHNER is provided with information to check for case histories.
2) Presentments from Timothy Franz GEITHNER refused for cause:

| Notice and Assertion | Name of Agent(s) | Date of Notice | Pages | Tax Year |
|---|---|---|---|---|
| IRS Appeals Letter Denial of Face to Face | James Wong - Wet Signature | 2/16/2012 | 5 | As Below |
| Letter 1058 - 1040 listed but SFR 1040A | Rusty Tate - Wet Signature | 7/18/2011 | 2 | 2005 |
| Letter 3172 -1040 listed but SFR 1040A | Rusty Tate & H. Gonzales Unsigned | 7/28/2011 | 2 | 2005 |
| Form 668(Y)(c) NFTL | Rusty Tate & H. Gonzales Unsigned | 7/19/2011 | 2 | 2005 |
| Letter 1058 - 1040 listed but SFR 1040A | David Patnoe - Wet Signature | 10/14/2010 | 3 | 2001 |
| 1040 listed but SFR 1040A | | | | 2003 |
| 1040 listed but SFR 1040A | | | | 2004 |
| Civil Penalty | | | | 1997 |

| | | | | |
|---|---|---|---|---|
| Civil Penalty | | | | 2001 |
| Civil Penalty | | | | 2002 |
| Civil Penalty | | | | 2003 |
| Civil Penalty | | | | 2004 |
| Civil Penalty | | | | 2005 |
| Civil Penalty | | | | 2006 |
| Civil Penalty | | | | 2007 |
| Letter 3172 -1040 listed but SFR 1040A | David Patnoe & H. Gonzales Unsigned | 10/28/2010 | 2 | 2001 |
| Letter 3172 -1040 listed but SFR 1040A | | | | 2003 |
| Letter 3172 -1040 listed but SFR 1040A | | | | 2004 |
| Civil Penalty | | | | 1997 |
| Civil Penalty | | | | 2001 |
| Civil Penalty | | | | 2002 |
| Civil Penalty | | | | 2003 |
| Civil Penalty | | | | 2004 |
| Civil Penalty | | | | 2005 |
| Civil Penalty | | | | 2006 |
| Civil Penalty | | | | 2007 |
| Form 668(Y)(c) NFTL | David Patnoe & H. Gonzales Unsigned | 10/13/2010 | 2 | 2001 |
| | | | | 2003 |
| | | | | 2004 |
| | | | | 1997 |
| | | | | 2001 |
| | | | | 2002 |
| | | | | 2003 |
| | | | | 2004 |
| | | | | 2005 |
| | | | | 2006 |
| | | | | 2007 |
| Letter 1058 - 1040 listed but SFR 1040A | Rusty Tate - Wet Signature | 6/9/2011 | 2 | 02 & 07 |
| Letter 3172 -1040 listed but SFR 1040A | Rusty Tate & H. Gonzales Unsigned | 6/21/2011 | 2 | 02 & 07 |
| Form 668(Y)(c) NFTL | Rusty Tate & H. Gonzales Unsigned | 6/10/2011 | 2 | 02 & 07 |
| CP504 Civil Penalty | Unsigned | 12/26/2011 | 4 | 2009 |
| CP504 Civil Penalty | Unsigned | 12/26/2011 | 4 | 2010 |
| CP22 1040A | Unsigned | 8/16/2010 | 5 | 2007 |
| Form 3552 - 1040A | Unsigned | 2/28/2011 | 1 | 2005 |
| CP504 - 1040A | Unsigned | 7/18/2011 | 5 | 2005 |
| CP504 - 1040A | Unsigned | 2/14/2011 | 5 | 2002 |
| CP503 - 1040A | Unsigned | 5/7/2007 | 1 | 2002 |
| CP504 - 1040A | Unsigned | 6/11/2007 | 1 | 2003 |
| CP22 1040A | Unsigned | 7/12/2010 | 5 | 2001 |
| CP504 - 1040A | Unsigned | 8/16/2010 | 1 | 2001 |
| CP22 1040A | Unsigned | 3/15/2010 | 5 | 2004 |
| Letter 3219 NOD - 1040 listed but SFR 1040A | Henry Slaughter - Unsigned | 10/26/2009 | 2 | 2004 |
| CP71C notices for Mutiple Years | Unsigned | 4/19/2010 | 5 | 97 |
| | | 4/19/2010 | 5ea | 01 to 07 |

The red ink original refusal is in the counterclaim served upon Timothy Franz GEITHNER. The original counterclaim filed in the district court has a copy of each refusal.

3) A certified copy of Title 12 U.S.C. §411 published at El Paso County Clerk and Recorder Reception #207015932

4) Certified copy of the *de jure* Thirteenth Amendment to the Constitution published at El Paso County Clerk and Recorder Reception #95110459

5) Certified copy of the Credit River Money Decision published at the El Paso County Clerk and Recorder Reception #203290555

6) If possible a copy of the Withdrawal Slip or Signature Card associated with the US court-filing fee has been attached.

8826 N. Bank Dr.
Ventura, California. [93004]

## Addresses

United States District Court                    (213) 894-1565
for the Central District of California
255 E. Temple Street
Los Angeles, California.
            [90012]

Scott Daniel                                    (805) 671-9307
8826 N. Bank Dr.
Ventura, California.
            [93004]

Timothy Franz GEITHNER                          (202) 622-2000
1500 Pennsylvania Ave N.W.
city of Washington, District of Columbia.
            [20220]

Internal Revenue Service
Appeals Office
300 North Los Angeles Street
MS LA-8000 Room 3054
LOS ANGELES, CA 90012

Department of the Treasury

**Person to Contact:**
  James Wong
  Employee ID Number: 0235443
  Tel:  213.576.3161
  Fax: 213.576.4806
  Contact Hours:  9:00 A.M. to 4:30 P.M.
**Refer Reply to:**
  AP:FW:LA:JGW
**In Re:**
  Collection Due Process – Lien & Levy
**Social Security or Employer
Identification Number:**

Date:  February 16, 2012

SCOTT D MACNEILAGE
8826 N BANK DR
VENTURA CA  93004-3123

**Tax Period(s) Ended:**
  F1040- 12/2001 12/2002 12/2003 12/2004
      12/2005 12/2007
  Civil Penalty-12/1997 12/2001 12/2002
      12/2003 12/2004 12/2006
      12/2007

**Appeals Received Your Request for a Collection Due Process Hearing**

Dear Mr. Macneilage:

This letter is our acknowledgment that we received your request for a Collection Due Process (CDP) and/or Equivalent Hearing in our Los Angeles Appeals Office on November 17, 2010.

Appeals is separate from - and independent of - the office of the Internal Revenue Service taking or proposing the action with which you do not agree.  What we do is review and resolve disputes.  I will consider the specific facts in your case and try to resolve your dispute with the Service.

If you are new to Appeals, we strongly urge you to read the enclosed Publication 4165, *An Introduction to Collection Due Process Hearings*, which includes more details about the Appeals process, your right to representation and Collection Due Process.  Please note that while you are in Appeals and until you pay your tax liability in full, interest will continue to be charged on any balance due, including interest on prior accruals of penalty and interest.

I have scheduled a telephone conference call for you on March 15, 2012 at 10:00 A.M.  Please call me at the date and time indicated above.   This call will be your primary opportunity to discuss with me the reasons you disagree with the collection action and/or to discuss alternatives to the collection action.  If this time is not convenient for you, or you would prefer your conference to be held by correspondence, please let me know by March 1, 2012.

Your CDP hearing request regarding proposed levy action on the following tax periods was timely: Form 1040, for tax year(s) December 31, 2001, December 31, 2002, December 31, 2003, December 31, 2004, December 31, 2005, December 31, 2007 Civil Penalty Form 8278 (IRC 6702(a)) for tax year(s) December 31, 1997, December

- 1 -

31, 2001, December 31, 2002, December 31, 2003, December 31, 2004, December 31, 2005, December 31, 2006 and December 31, 2007.  During your hearing, and until any appeals become final for these tax periods, the legal collection period is suspended and no levy action may be taken.

Your CDP hearing request regarding the filing of a Notice of Federal Tax Lien on the following tax periods was timely: Form 1040, for tax year(s) December 31, 2001, December 31, 2002, December 31, 2003, December 31, 2004, December 31, 2005, December 31, 2007  Civil Penalty Form 8278 (IRC 6702(a)) for tax year(s) December 31, 1997, December 31, 2001, December 31, 2002, December 31, 2003, December 31, 2004, December 31, 2005, December 31, 2006 and December 31, 2007.   During your hearing and until any appeals become final, the legal collection period is suspended on these tax periods.  However, levy action may be taken if you have previously been given CDP levy rights for the periods at issue and if the Collection division determines levy is appropriate.

*I have determined that an issue raised in your hearing request is:*

1. a "specified frivolous position", identified by the IRS in Notice 2008-14 (for Notice 2008-14, refer to the IRS Internet website at http://www.irs.gov/newsroom/article/0,,id=177519,00.html); or
2. a reason that is not a "specified frivolous position," but is a frivolous reason reflecting a desire to delay or impede federal tax administration; or
3. a moral, religious, political, constitutional, conscientious, or similar objection to the imposition or payment of federal taxes that reflects a desire to delay or impede the administration of federal tax laws

Please be advised that Appeals does not provide a face-to-face conference if the issues you wish to discuss include frivolous issues or issues that Appeals considers as reflecting a desire to delay or impede the administration of federal tax laws.

**You will be allowed a face-to-face conference on any legitimate issue you raised if you withdraw in writing within 30 days from the date of this letter, the frivolous issues or issues reflecting a desire to delay or impede the administration of federal tax laws.**

In addition, if you fail to withdraw in writing within 30 days from the date of this letter your frivolous or desire-to-delay issue from your request for a CDP hearing or request for an equivalent hearing, the Service may also, under the authority of Internal Revenue Code section 6702(b), impose a $5,000 penalty.  **You must withdraw the frivolous or desire-to-delay issue in writing to avoid imposition of the penalty.**

To be allowed a face-to-face conference about collection alternatives, you must also have filed all required returns.

During the hearing, I must consider:

- Whether the IRS met all the requirements of any applicable law or administrative procedure

- Any **legitimate** issue(s) you wish to discuss.  These can include:

    1. Collection alternatives to levy such as full payment of the liability, installment agreement, or offer in compromise.  Although they may not

necessarily be considered an "alternative" to a notice of lien filing, these collection options may also be discussed at a lien hearing.

2. Challenges to the appropriateness of collection action.  If this is a lien hearing, you may ask us to determine if the notice of lien filing was appropriate and if you qualify for a lien withdrawal or other lien options, such as subordination.

3. Spousal defenses, when applicable.

- We may also consider whether you owe the amount due, but only if you did not receive a statutory notice of deficiency or have not otherwise had an opportunity to dispute your liability with Appeals.

- We will balance the IRS' need for efficient tax collection and your legitimate concern that the collection action be no more intrusive than necessary.

You are entitled to have your conference with an Appeals employee who has had no **prior involvement** with the tax periods at issue (other than a prior CDP Hearing), either in Appeals or in the Compliance (Collection or Examination) division.  I do not recall any prohibited previous involvement with these tax periods; however, if you believe I have had previous involvement, please notify me immediately.  If I have been involved but you would still like me to conduct your hearing, you may waive this right.  For me to consider alternative collection methods such as an installment agreement or offer in compromise, you must provide any items listed below.  In addition, you must have filed all federal tax returns required to be filed.

Regarding the liability you are raising:

You must provide the following:
You must file a Form 1040 tax years December 31, 2002.  Please see the enclosed transcripts showing the income that was reported by third- party payers.

For tax year December 31, 2003, you must file a Form 1040X U. S. Amended Tax Return with all supporting documents.  Our records show that you filed an original unsigned Form 1040 and on December 27, 2006 you signed the "DECLARATION."

You are not able to dispute the liability on Form 1040, for tax year(s) December 31, 2001, December 31, 2004, December 31, 2005, December 31, 2007, because you had a prior opportunity to challenge the underlying liability.

I regards to the Civil Penalty Form 8278 (IRC 6702(a)) for tax year(s) December 31, 1997, December 31, 2001, December 31, 2002, December 31, 2003, December 31, 2004, December 31, 2005, December 31, 2006 and December 31, 2007, in general the underlying liability of the civil penalty cannot be abated. As stated in Internal Revenue Manual (IRM) 4.10.12.5.5 (1)(c) (1) "The taxpayer must pay the entire penalty (2) File a claim for a refund on Form 843 within 3 years from the time a return associated with the penalty was filed or 2 years from the date the penalty was paid, whichever period expires later."

_You have requested to audio record your CDP conference.  Audio recording is allowed only in face-to-face conferences.  Since you will not be allowed a face-to-face conference, you are not allowed to audio record this conference._

- **3** -

The items to be provided are:

Completed Collection Information Statement Form 433-A for individuals with verification of **all** income and expenses for **both** you and your spouse (if you are married), items such as but not limited to copies of the last *three* check stubs, listing of *accounts receivables*, last *three* months of bank statements of all accounts, mortgage statements, loan agreements, vehicle lease payments, rent receipts, medical insurance payments, utility/ telephone bills, auto insurance payments, child /day-care bills, etc.

- Signed tax return(s) for the following tax periods.  Our records indicate a valid return has not been filed:
Type of Tax: Form 1040

  Period or Periods: December 31, 2009 and December 31, 2010

  If you did not file a return because your yearly income was below the amount for which a return is required to be filed, please let me know. Please be advised the attached copy of the income reported by third party payers shows that you have a filing requirement.

- Proof that estimated tax payments are paid in full (for an Offer in Compromise); delinquent estimated tax payments may be included in installment agreement payments.

  Appeals cannot approve an installment agreement or accept an offer-in-compromise unless all required estimated tax payments for the current year's income tax liability have been made.  If you wish to pursue one of these alternatives during the CDP hearing process, you must arrange for the payment of any required estimated tax payments.  Delinquent estimated tax payments can be included in an installment agreement.  However, the estimated tax payments must be paid in full before an offer-in-compromise can be accepted.  Our records indicate that you have not made estimated tax payments for the following period(s): December 31, 2011

Please send me the items listed or checked above by **March 1, 2012.**  I cannot consider collection alternatives at your conference nor can I consider alternatives during the hearing process without the information requested above.  I am enclosing the applicable forms and a return envelope for your convenience.

At the conclusion of the hearing process, we will issue:

- A **determination letter** as required by law **for the tax periods for which your CDP hearing request was received timely**.  If you do not agree with our determination you may appeal the case to tax court.

Before you decide whether to petition a notice of determination or decision letter, you should know that the Tax Court is empowered to impose monetary sanctions up to $25,000 for instituting or maintaining an action before it primarily for delay or for taking a position that is frivolous or groundless [Pierson v. Commissioner, 115 T.C. 576 (2000); Forbes v. Commissioner, T.C. Memo 2006-10 ($20,000 penalty imposed); Aston v. Commissioner, T.C. Memo 2003-128 ($25,000 penalty imposed)].

- 4 -

If you do not participate in the conference or respond to this letter, the determination and/or decision letter that we issue will be based on your hearing request, any information you previously provided to this office about the applicable tax periods, and the Service's administrative file and records.

Please contact me with any questions or concerns you have regarding this letter or the CDP procedures. My telephone number is listed above.

Sincerely,

James Wong
Settlement Officer

Enclosures:
   Form 433-A Collection Information Statement for Individuals
   Publication 4165 Introduction to Collection Due Process Hearings
   Reported Income from 3rd parties for tax years 2002, 2003, 2009 and 2010.
   Copy of Order of Dismissal For Lack of Jurisdiction with a copy of F4549 Income Tax Examination Changes for tax year December 31, 2001.
   Copy of Form 1040 tax year December 31, 2002, with your copy of Notice of Deficiency.
   Copy of two Order of Dismissal For Lack of Jurisdiction with a copy of F4549 Income Tax
   Form 4549 Examination Changes for tax year December 31, 2004.
   Copy of Order of Dismissal For Lack of Jurisdiction with a copy of F4549 Income Tax Examination Changes for tax year December 31, 2005.
   Copy of your response to the Notice of Deficiency for tax year December 31, 2006.
   Copy of Order of Dismissal For Lack of Jurisdiction with a copy of F4549 Income Tax Examination Changes for tax year December 31, 2007.
   Letter 3176 Response to Frivolous Documents/Returns Rec'd from Taxpayers for tax years December 31, 2001, December 31, 2004 and December 31, 2007.
   Letter 3176 Response to Frivolous Documents/Returns Rec'd from Taxpayers for tax years December 31, 2003.
   Certificate of Assessment, Payment and Other Specific Matters Form 1040 tax year(s) December 31, 2001, December 31, 2002, December 31, 2003, December 31, 2004, December 31, 2005 and December 31, 2007.
   Certificate of Assessment, Payment and Other Specific Matters Civil Penalty tax year(s) December 31, 1997, December 31, 2001, December 31, 2002, December 31, 2003, December 31, 2004, December 31, 2005, December 31, 2006 and December 31, 2007.

- 5 -



**Department of the Treasury**
**Internal Revenue Service**
Ogden, UT 84201-0025

IRS

| Notice | CP504 |
|---|---|
| Tax Year | 2010 |
| Notice date | December 26, 2011 |
| Social Security number | |
| To contact us | Phone 1-800-829-8374 |
| Your Caller ID | 561968 |
| Page | 1 of 4 |

070106.924542.0396.010 2 AT 0.490 1319

SCOTT D MACNEILAGE
8826 N BANK DR
VENTURA CA 93004-3123267

070106

## Notice of intent to levy
## Intent to seize your property or rights to property
## Amount due immediately: $5,014.40

As we notified you before, our records show you have unpaid taxes for the tax year ending December 31, 2010 (Form CIVPEN). If you don't call us immediately or pay the amount due by January 5, 2012, we may seize ("levy") any state tax refund to which you're entitled and apply it to the $5,014.40 you owe.

If you still have an outstanding balance after we seize any state tax refund, we may take possession of your other property or your rights to property.

### Billing Summary

| | |
|---|---|
| Amount you owed | $5,000.00 |
| Interest charges | 14.40 |
| Amount due immediately | $5,014.40 |

### What you need to do immediately

**Pay immediately**
- Send us the amount due of $5,014.40, or we may seize ("levy") your state tax refund on or after January 5, 2012.

Continued on back...

IRS

SCOTT D MACNEILAGE
8826 N BANK DR
VENTURA CA 93004-3123267

| Notice | CP504 |
|---|---|
| Notice date | |
| Social Security number | |

- Make your check or money order payable to the United States Treasury.
- Write your Social Security number ( ), the tax year (2010), and the form number (CIVPEN) on your payment and any correspondence.

## Payment

**Amount due immediately**

| | $5,014.40 |
|---|---|

INTERNAL REVENUE SERVICE
OGDEN, UT 84201-0025

MACN 55 0 201012 670 00000501440

**Refused**

| Notice | CP504 |
|---|---|
| Tax Year | 2010 |
| Notice date | December 26, 2011 |
| Social Security num. | |
| Page 2 of 4 | |

**What you need to do immediately—continued**

**Pay immediately—continued**

- If you can't pay the amount due, pay as much as you can now and make payment arrangements that allow you to pay off the rest over time. Visit www.irs.gov and search for keyword: "tax payment options" for more information about:
  - Installment and payment agreements—download required forms or save time and money by applying online if you qualify
  - Automatic deductions from your bank account
  - Payroll deductions
  - Credit card payments

  Or, call us at 1-800-829-8374 to discuss your options.

**If you think there's been a mistake**

If you've already paid your balance in full or think we haven't credited a payment to your account, please call 1-800-829-8374, and have your payment information available to review with us. You can also contact us by mail. Fill out the Contact information section, detach, and send it to us with any correspondence or documentation including proof of payment.

**If we don't hear from you**

- If you don't pay the amount due, we may seize ("levy") any state tax refund to which you're entitled on or after January 5, 2012. This is your notice of intent to levy as required by Internal Revenue Code section 6331(d).

---

**IRS**

SCOTT D MACNEILAGE
8826 N BANK DR
VENTURA CA 93004-3123267

| Notice | CP504 |
|---|---|
| Notice date | December 26, 2011 |
| Social Security number | |

**Contact information**

If your address has changed, please call 1-800-829-8374 or visit www.irs.gov.

☐ Please check here if you've included any correspondence. Write your Social Security numbe          year (2010), and the form number (CIVPEN) on any correspondence.

| Primary phone | Best time to call | Secondary phone | Best time to call |
|---|---|---|---|
| | ☐ a.m.  ☐ p.m. | | ☐ a.m.  ☐ p.m. |

INTERNAL REVENUE SERVICE
OGDEN, UT 84201-0025

**because for any no cause** -1- -2-



| Notice | CP504 |
| --- | --- |
| Tax Year | 2010 |
| Notice date | December 26, 2011 |
| Social Security nur | |
| Page 3 of 4 | |



If we don't hear from you—continued

- If you still have an outstanding balance after we seize ("levy") your state tax refund, we'll send you a notice giving you a right to a hearing before the IRS Office of Appeals, if you have not already received such a notice.  We may then seize ("levy") or take possession of your other property or your rights to property.  Property includes:
  – Wages, real estate commissions, and other income
  – Bank accounts
  – Business assets
  – Personal assets (including your car and home)
  – Social Security benefits
- If you don't pay the amount due or call us to make payment arrangements, we can file a Notice of Federal Tax Lien on your property at any time, if we haven't already done so.
  If the lien is in place, you may find it difficult to sell or borrow against your property. The tax lien would also appear on your credit report—which may harm your credit rating—and your creditors would also be publicly notified that the IRS has priority to seize your property.
- If you don't pay your tax debt, we have the right to seize ("levy") your property.

Continued on back…





| Notice | CP504 |
|---|---|
| Tax Year | 2010 |
| Notice date | December 26, 2011 |
| Social Security num | |
| Page 4 of 4 | |

**Interest charges**

We are required by law to charge interest on unpaid tax from the date the tax return was due to the date the tax is paid in full. The interest is charged as long as there is an unpaid amount due, including penalties, if applicable. (Internal Revenue Code section 6601)

| Description | Amount |
|---|---|
| Total interest | **$14.40** |

The table below shows the rates used to calculate the interest on your unpaid amount due. For a detailed calculation of your interest, call 1-800-829-8374.

| Period | Interest rate |
|---|---|
| Beginning April 1, 20__ | 4% |

**Additional information**

- Visit www.irs.gov/cp504
- For tax forms, instructions, and publications, visit www.irs.gov or call 1-800-TAX-FORM (1-800-829-3676).
- Review the enclosed IRS Collection Process (Publication 594).
- Generally, we deal directly with taxpayers or their authorized representatives. Sometimes, however, it's necessary for us to speak with other people, such as employees, employers, banks, or neighbors to gather the information we need about a taxpayer's account. You have the right to request a list of individuals we've contacted in connection with your account at any time.
- Keep this notice for your records.

If you need assistance, please don't hesitate to contact us.



**Department of the Treasury**
Internal Revenue Service
Ogden, UT 84201-0025

7161 7617 9282 9013 1766

| Notice | CP504 |
|---|---|
| Tax Year | 2009 |
| Notice date | December 26, 2011 |
| Social Security numbe. | |
| To contact us | Phone 1-800-829-8374 |
| Your Caller ID | 561968 |
| Page 1 of 4 | |

070107.924542.0396.010 2 AT 0.490 1319

SCOTT D MACNEILAGE
8826 N BANK DR
VENTURA CA 93004-3123267

070107

Notice of intent to levy

# Intent to seize your property or rights to property
# Amount due immediately: $5,014.40

As we notified you before, our records show you
have unpaid taxes for the tax year ending
December 31, 2009 (Form CIVPEN). If you don't
call us immediately or pay the amount due by
January 5, 2012, we may seize ("levy") any state
tax refund to which you're entitled and apply it to
the $5,014.40 you owe.

If you still have an outstanding balance after we
seize any state tax refund, we may take possession
of your other property or your rights to property.

**Billing Summary**

| | |
|---|---|
| Amount you owed | $5,000.00 |
| Interest charges | 14.40 |
| Amount due immediately | $5,014.40 |

**What you need to do immediately**

**Pay immediately**
• Send us the amount due of $5,014.40 or we may seize ("levy") your state tax refund on or after January 5, 2012.

Continued on back...

IRS

SCOTT D MACNEILAGE
8826 N BANK DR
VENTURA CA 93004-3123267

| Notice | CP504 |
|---|---|
| Notice date | December 26, 2011 |
| Social Security number | |

# Payment

• Make your check or money order payable to the United States Treasury.
• Write your Social Security number · · · · x year (2009), and the form number (CIVPEN) on your payment and any correspondence.

**Amount due immediately**

| $5,014.40 |
|---|

INTERNAL REVENUE SERVICE
OGDEN, UT 84201-0025

FY MACN 55 0 200912 670 00000501440

| Notice | CP504 |
|---|---|
| Tax Year | 2009 |
| Notice date | December 26, 2011 |
| Social Security num.¹ | |
| Page 2 of 4 | |

**What you need to do immediately—continued**

**Pay immediately—continued**

- If you can't pay the amount due, pay as much as you can now and make payment arrangements that allow you to pay off the rest over time. Visit www.irs.gov and search for keyword: "tax payment options" for more information about:
  – Installment and payment agreements—download required forms or save time and money by applying online if you qualify
  – Automatic deductions from your bank account
  – Payroll deductions
  – Credit card payments
  Or, call us at 1-800-829-8374 to discuss your options.

**If you think there's been a mistake**

If you've already paid your balance in full or think we haven't credited a payment to your account, please call 1-800-829-8374, and have your payment information available to review with us. You can also contact us by mail. Fill out the Contact information section, detach, and send it to us with any correspondence or documentation including proof of payment.

**If we don't hear from you**

- If you don't pay the amount due, we may seize ("levy") any state tax refund to which you're entitled on or after January 5, 2012. This is your notice of intent to levy as required by Internal Revenue Code section 6331(d).



- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -


**IRS**

SCOTT D MAGNEHOLD
8826 N BANK DR
VENTURA CA 93004-3123267

| Notice | CP504 |
| Notice date | December 26, 2011 |
| Social Security | |

If your address has changed, please call 1-800-829-8374 or visit www.irs.gov.

☐ Please check here if you've included any correspondence. Write your Social Security number ( ), the tax year (2009), and the form number (CIVPEN) on any correspondence.

# Contact information

| Primary phone | Best time to call | ☐ a.m. ☐ p.m. | Secondary phone | Best time to call | ☐ a.m. ☐ p.m. |
|---|---|---|---|---|---|

INTERNAL REVENUE SERVICE
OGDEN, UT 84201-0025

Il─────────────────

- 1 -

- 2 -



| Notice | CP504 |
|---|---|
| Tax Year | 2009 |
| Notice date | December 26, 2011 |
| Social security number | 3-23-16 |
| Page 3 of 4 | |



070107

**If we don't hear from you—continued**

- If you still have an outstanding balance after we seize ("levy") your state tax refund, we may send you a notice giving you a right to a hearing before the IRS Office of Appeals, if you have not already received such a notice. We may then seize ("levy") or take possession of your other property or your rights to property. Property includes:
  − Wages, real estate commissions, and other income
  − Bank accounts
  − Business assets
  − Personal assets (including your car and home)
  − Social Security benefits



- If you don't pay the amount due or make payment arrangements, we can file a Notice of Federal Tax Lien on your property at any time, if we haven't already done so.
- If the lien is in place, you may find it difficult to sell or borrow against your property. The tax lien would also appear on your credit report—which may harm your credit rating—and your creditors would also be publicly notified that the IRS has priority to seize your property.
- If you don't pay your tax debt, we have the right to seize ("levy") your property.

Continued on back…



| Notice | CP504 |
|---|---|
| Tax Year | 2009 |
| Notice date | December 26, 2011 |
| Social security numb... | |

Page 4 of 4

## Interest charges

We are required by law to charge interest on unpaid tax from the date the tax return was due to the date the tax is paid in full. The interest is charged as long as there is an unpaid amount due, including penalties, if applicable. (Internal Revenue Code section 6601)

| Description | Amount |
|---|---|
| **Total interest** | **$14.40** |

The table below shows the rate used to calculate the interest on your unpaid amount due. For a detailed calculation of your interest, call 1-800-829-8374.

| Period | Interest rate |
|---|---|
| Beginning April 1, 2009 | 4% |

## Additional information

- Visit www.irs.gov/cp504
- For tax forms, instructions, and publications, visit www.irs.gov or call 1-800-TAX-FORM (1-800-829-3676).
- Review the enclosed IRS Collection Process (Publication 594).
- Generally, we deal directly with taxpayers or their authorized representatives. Sometimes, however, it's necessary for us to speak with other people, such as employees, employers, banks, or neighbors to gather the information we need about a taxpayer's account. You have the right to request a list of individuals we've contacted in connection with your account at any time.
- Keep this notice for your records.

If you need assistance, please don't hesitate to contact us.



**Department of the Treasury**
**Internal Revenue Service**
**IRS** Ogden, UT 84201-0025

| | |
|---|---|
| Notice | CP504 |
| Tax Year | 2005 |
| Notice Date | July 18, 2011 |
| Social Security number | |
| To contact us | Phone 1-800-829-8374 |
| Your Caller ID | 561968 |

**Page 1 of 5**

053762.871226.0300.008 2 AT 0.490 1492

SCOTT D MACNEILAGE
8826 N BANK DR
VENTURA CA 93004-3123267

053762

*Refused*

**Notice of intent to levy**

# Intent to seize your property or rights to property

# Amount due immediately: $34,267.50

As we notified you before, our records show you have unpaid taxes for the tax year ending December 31, 2005 (Form 1040). If you don't call us immediately or pay the amount due by July 28, 2011, we may seize ("levy") any state tax refund to which you're entitled and apply it to the $34,267.50 you owe.

If you still have an outstanding balance after we seize any state tax refund, we may take possession of your other property or your rights to property.

**Billing Summary**

| | |
|---|---|
| Amount you owed | $33,456.05 |
| Failure-to-pay penalty | 401.08 |
| Interest charges | 410.37 |
| **Amount due immediately** | **$34,267.50** |

## What you need to do immediately

**Pay immediately**
- Send us the amount due of $34,267.50, or we may seize ("levy") your state tax refund on or after July 28, 2011.

Continued on back...

**IRS**

SCOTT D MACNEILAGE
8826 N BANK DR
VENTURA CA 93004-3123267

| | |
|---|---|
| Notice | CP504 |
| Notice date | July 18, 2011 |
| Social Security number | |

# Payment

- Make your check or money order payable to the United States Treasury.
- Write your Social Security number the tax year (2005), and the form number (1040) on your payment and any correspondence.

| Amount due immediately | $34,267.50 |
|---|---|

INTERNAL REVENUE SERVICE
OGDEN, UT 84201-0025

Y MACN 30 0 200512 670 00003426750

*Refused*

| Notice | CP504 |
|---|---|
| Tax Year | 2005 |
| Notice date | July 18, 2011 |
| Social Security number | |
| Page 2 of 5 | |

**What you need to do immediately—continued**

**Pay immediately—continued**

- If you can't pay the amount due, pay as much as you can now and make payment arrangements that allow you to pay off the rest over time. Visit www.irs.gov and search for keyword: "tax payment options" for more information about:
  - Installment and payment agreements—download required forms or save time and money by applying online if you qualify
  - Automatic deductions from your bank account
  - Payroll deductions
  - Credit card payments

  Or, call us at 1-800-829-8374 to discuss your options.



*because*

**If you think there's been a mistake**

If you've already paid your balance in full or think we haven't credited a payment to your account, please call 1-800-829-8374, and have your payment information available to review with us. You can also contact us by mail. Fill out the Contact information section, detach, and send it to us with any correspondence or documentation including proof of payment.

*for*

**If we don't hear from you**

- If you don't pay the amount due, we may seize ("levy") any state tax refund to which you're entitled on or after July 28, 2011. This is your notice of intent to levy as required by Internal Revenue Code section 6331(d).

*Cause*

---

![IRS logo] **IRS**

SCOTT D MACNEILAGE
8826 N BANK DR
VENTURA CA 93004-3123267

| Notice | CP504 |
|---|---|
| Notice date | July 18, 2011 |
| Social Security number | |

If your address has changed, please call 1-800-829-8374 or visit www.irs.gov.

☐ Please check here if you've included any correspondence. Write your Social Security number (___) the tax year (2005), and the form number (1040) on any correspondence.

| | ☐ a.m.<br>☐ p.m. | | ☐ a.m.<br>☐ p.m. |
|---|---|---|---|
| Primary phone | Best time to call | Secondary phone | Best time to call |

## Contact information

INTERNAL REVENUE SERVICE
OGDEN, UT 84201-0025



| Notice | CP504 |
|---|---|
| Tax Year | 2005 |
| Notice date | July 18, 2011 |
| Social Security number | |

Page 3 of 5



053762

**If we don't hear from you—continued**

- If you still have an outstanding balance after we seize ("levy") your state tax refund, we may send you a notice giving you a right to a hearing before the IRS Office of Appeals, if you have not already received such a notice. We may then seize ("levy") or take possession of your other property or your rights to property. Property includes:
  – Wages, real estate commissions, and other income
  – Bank accounts
  – Business assets
  – Personal assets (including your car and home)
  – Social Security benefits
- If you don't pay the amount due or call us to make payment arrangements, we can file a Notice of Federal Tax Lien on your property at any time, if we haven't already done so.
- If the lien is in place, you may find it difficult to sell or borrow against your property. The tax lien would also appear on your credit report—which may harm your credit rating—and your creditors would also be publicly notified that the IRS has priority to seize your property.
- If you don't pay your tax debt, we have the right to seize ("levy") your property.

**Penalties**

We are required by law to charge any applicable penalties.

**Failure-to-pay**

| Description | Amount |
|---|---|
| Total failure-to-pay | $401.08 |

When you pay your taxes after the due date, we charge a penalty of 0.5% of the unpaid amount due per month, up to 25% of the amount due. Beginning 10 days after we issue this notice, the penalty increases to 1.0% for each month the amount remains unpaid. We count part of a month as a full month. (Internal Revenue Code Section 6651)

For a detailed calculation of your penalty charges, call 1-800-829-8374.

**Removal or reduction of penalties**

We understand that circumstances—such as economic hardship, a family member's death, or loss of financial records due to natural disaster—may make it difficult for you to meet your taxpayer responsibility in a timely manner.

If you would like us to consider removing or reducing any of your penalty charges, please do the following:

- Identify which penalty charges you would like us to reconsider (e.g., 2005 late filing penalty).
- For each penalty charge, explain why you believe it should be reconsidered.
- Sign your statement, and mail it to us.

We'll review your statement and let you know whether we accept your explanation as reasonable cause to reduce or remove the penalty charge(s).

Continued on back…



| Notice | CP504 |
| --- | --- |
| Tax Year | 2005 |
| Notice date | July 18, 2011 |
| Social Security numbe | |
| Page 4 of 5 | |

**Removal of penalties due to erroneous written advice from the IRS**

If you were penalized based on written advice from the IRS, we will remove the penalty if you meet the following criteria:

- If you asked the IRS for written advice on a specific issue
- You gave us complete and accurate information
- You received written advice from us
- If you relied on our written advice and were penalized based on that advice

To request removal of penalties based on erroneous written advice from us, submit a completed Claim for Refund and Request for Abatement (Form 843) to the IRS service center where you filed your tax return. For a copy of the form or to find your IRS service center, go to www.irs.gov or call 1-800-829-8374.

**Interest charges**

We are required by law to charge interest on unpaid tax from the date the tax return was due to the date the tax is paid in full. The interest is charged as long as there is an unpaid amount due, including penalties, if applicable. (Internal Revenue Code section 6601)

| Description | Amount |
| --- | --- |
| **Total interest** | **$410.37** |

The table below shows the rates used to calculate the interest on your unpaid amount due. For a detailed calculation of your interest, call 1-800-829-8374.

| Period | Interest rate |
| --- | --- |
| October 1, 2005 through June 30, 2006 | 7% |
| July 1, 2006 through December 31, 2007 | 8% |
| January 1, 2008 through March 31, 2008 | 7% |
| April 1, 2008 through June 30, 2008 | 6% |
| July 1, 2008 through September 30, 2008 | 5% |
| October 1, 2008 through December 31, 2008 | 6% |
| January 1, 2009 through March 31, 2009 | 5% |
| Beginning April 1, 2009 | 4% |



| Notice | CP504 |
|---|---|
| Tax Year | 2005 |
| Notice date | July 18, 2011 |
| Social Security numb~~ |
| Page 5 of 5 |

---

**Additional information**



053762

- Visit www.irs.gov/cp504
- For tax forms, instructions, and publications, visit www.irs.gov or call 1-800-TAX-FORM (1-800-829-3676).
- Review the enclosed IRS Collection Process (Publication 594).
- Generally, we deal directly with taxpayers or their authorized representatives. Sometimes, however, it's necessary for us to speak with other people, such as employees, employers, or neighbors to gather the information we need about a taxpayer's account. You have the right to request a list of individuals we've contacted in connection with your account at any time.
- Keep this notice for your records.

If you need assistance, please don't hesitate to contact us.



Refused

Returned

For

of

Cause

**IRS** Department of the Treasury
Internal Revenue Service
Ogden, UT 84201-0025

7461 7617 9282 0630 6271

020640.820725.0120.003 2 AT 0.482 1492

| Notice | CP504 |
|---|---|
| Tax Year | 2002 |
| Notice date | February 14. 2011 |
| Social Security number | |
| To contact us | Phone 1-800-829-0922 |
| Your Caller ID | 561968 |

**Page 1 of 5**

SCOTT D MACNEILAGE
8826 N BANK DR
VENTURA CA 93004-3123267

020640

*Refused* (handwritten)

## Notice of intent to levy

# Intent to seize your property or rights to property
# Amount due immediately: $15,156.28

As we notified you before, our records show you have unpaid taxes for the tax year ending December 31, 2002 (Form 1040A). If you don't call us immediately or pay the amount due by February 24, 2011, we may seize ("levy") any state tax refund to which you're entitled and apply it to the $15,156.28 you owe.

If you still have an outstanding balance after we seize any state tax refund, we may take possession of your other property or your rights to property.

| Billing Summary | |
|---|---|
| Amount you owed | $12,158.02 |
| Failure-to-pay penalty | 102.68 |
| Interest charges | 2,895.58 |
| **Amount due immediately** | **$15,156.28** |

## What you need to do immediately

**Pay immediately**
- Send us the amount due of $15,156.28, or we may seize ("levy") your state tax refund on or after February 24, 2011.

*Cause* (handwritten)

Continued on back...

**IRS**

SCOTT D MACNEILAGE
8826 N BANK DR
VENTURA CA 93004-3123267

| Notice | CP504 |
|---|---|
| Notice date | February 14, 2011 |
| Social Security number | 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 |

- Make your check or money order payable to the United States Treasury.
- Write your Social Security number, the tax year (2002), and the form number (1040A) on your payment and any correspondence.



# Payment

INTERNAL REVENUE SERVICE
OGDEN, UT 84201-0025

| Amount due immediately | $15,156.28 |
|---|---|

FY MACN 30 0 200212 670 00001515628

| Notice | CP504 |
| --- | --- |
| Tax Year | 2002 |
| Notice date | February 14, 2011 |
| Social Security numbe |  |
| Page | 5 |

**Refused**

**What you need to do immediately—continued**

**Pay immediately—continued**

- If you can't pay the amount due, pay as much as you can now and make payment arrangements that allow you to pay off the rest over time. Visit www.irs.gov and search for keyword: "tax payment options" for more information about:
  - Installment and payment agreements—download required forms or save time and money by applying online if you qualify
  - Automatic deductions from your bank account
  - Payroll deductions
  - Credit card payments

Or, call 1-800-829-0922 to discuss your options.

**If you think there's been a mistake**

If you've already paid your balance in full or think we haven't credited a payment to your account, please call 1-800-829-0922, and have your payment information available to review with us. You can also contact us by mail. Fill out the Contact information section, detach, and send it to us with any correspondence or documentation including proof of payment.

**If we don't hear from you**

- If you don't pay the amount due, we may seize ("levy") any state tax refund to which you're entitled on or after February 24, 2011. This is your notice of intent to levy as required by Internal Revenue Code section 6331(d).

**Cause**



SCOTT D MACNEILAGE
8826 N BANK DR
VENTURA CA 93004-3123267

| Notice | CP504 |
| --- | --- |
| Notice date | February 14, 2011 |
| Social Security number |  |

# Contact information

If your address has changed, please call 1-800-829-0922 or visit www.irs.gov.

☐ Please check here if you've included any correspondence. Write your Social Security numb... < year (2002), and the form number (1040A) on any correspondence.

| | ☐ a.m. | | ☐ a.m. |
| | ☐ p.m. | | ☐ p.m. |
| Primary phone | Best time to call | Secondary phone | Best time to call |

INTERNAL REVENUE SERVICE
OGDEN, UT 84201-0025



| Notice | CP504 |
|---|---|
| Tax Year | 2002 |
| Notice date | February 14, 2011 |
| Social Security number | |
| Page 3 of 5 | |



020640

**If we don't hear from you—continued**

- If you still have an outstanding balance after we seize ("levy") your state tax refund, we may send you a notice giving you a right to a hearing before the IRS Office of Appeals, if you have not already received such a notice. We may then seize ("levy") or take possession of your other property or your rights to property. Property includes:
  – Wages, real estate commissions, and other income
  – Bank accounts
  – Business assets
  – Personal assets (including your car and home)
  – Social Security benefits
- If you don't pay the amount due or call us to make payment arrangements, we can file a Notice of Federal Tax Lien on your property at any time, if we haven't already done so.
- If the lien is in place, you may find it difficult to sell or borrow against your property. The tax lien would also appear on your credit report—which may harm your credit rating—and your creditors would also be publicly notified that the IRS has priority to seize your property.
- If you don't pay your tax debt, we have the right to seize ("levy") your property.

**Penalties**

We are required by law to charge any applicable penalties.

**Failure-to-pay**

| Description | Amount |
|---|---|
| **Total failure-to-pay** | **$102.68** |

When you pay your taxes after the due date, we charge a penalty of 0.5% of the unpaid amount due per month, up to 25% of the amount due. Beginning 10 days after we issue this notice, the penalty increases to 1.0% for each month the amount remains unpaid. We count part of a month as a full month. (Internal Revenue Code Section 6651)

For a detailed calculation of your penalty charges, call 1-800-829-0922.

**Removal or reduction of penalties**

We understand that circumstances—such as economic hardship, a family member's death, or loss of financial records due to natural disaster—may make it difficult for you to meet your taxpayer responsibility in a timely manner.

If you would like us to consider removing or reducing any of your penalty charges, please do the following:

- Identify which penalty charges you would like us to reconsider (e.g., 2005 late filing penalty).
- For each penalty charge, explain why you believe it should be reconsidered.
- Sign your statement, and mail it to us.

We'll review your statement and let you know whether we accept your explanation as reasonable cause to reduce or remove the penalty charge(s).

Continued on back…

| Notice | CP504 |
|---|---|
| Tax Year | 2002 |
| Notice date | February 14, 2011 |
| Social security number | |
| Page 4 of | |

## Removal of penalties due to erroneous written advice from the IRS

If you were penalized based on written advice from the IRS, we will remove the penalty if you meet the following criteria:

- If you asked the IRS for written advice on a specific issue
- You gave us complete and accurate information
- You received written advice from us
- You relied on our written advice and were penalized based on that advice

To request removal of penalties based on erroneous written advice from us, submit a completed Claim for Refund and Request for Abatement (Form 843) to the IRS service center where you filed your tax return. For a copy of the form or to find your IRS service center, go to www.irs.gov or call 1-800-829-0922.

## Interest charges

We are required by law to charge interest on unpaid tax from the date the tax return was due to the date the tax is paid in full. The interest is charged as long as there is an unpaid amount due, including penalties, if applicable. (Internal Revenue Code section 6601)

| Description | Amount |
|---|---|
| **Total interest** | **$2,895.58** |

The table below shows the rates used to calculate the interest on your unpaid amount due.  For a detailed calculation of your interest, call 1-800-829-0922.



| Period | Interest rate |
|---|---|
| January 1, 2002 through December 31, 2002 | 6% |
| January 1, 2003 through September 30, 2003 | 5% |
| October 1, 2003 through March 31, 2004 | 4% |
| April 1, 2004 through June 30, 2004 | 5% |
| July 1, 2004 through September 30, 2004 | 4% |
| October 1, 2004 through March 31, 2005 | 5% |
| April 1, 2005 through September 30, 2005 | 6% |
| October 1, 2005 through June 30, 2006 | 7% |
| July 1, 2006 through December 31, 2007 | 8% |
| January 1, 2008 through March 31, 2008 | 7% |
| April 1, 2008 through June 30, 2008 | 6% |
| July 1, 2008 through September 30, 2008 | 5% |
| October 1, 2008 through December 31, 2008 | 6% |
| January 1, 2009 through March 31, 2009 | 5% |
| Beginning April 1, 2009 | 4% |



| Notice | CP504 |
|---|---|
| Tax Year | 2002 |
| Notice date | February 14, 2011 |
| Social Security number | |
| Page 5 of 5 | |

**Additional information**

- Visit www.irs.gov/cp504
- For tax forms, instructions, and publications, visit www.irs.gov or call 1-800-TAX-FORM (1-800-829-3676).
- Review the enclosed IRS Collection Process (Publication 594).
- Generally, we deal directly with taxpayers or their authorized representatives. Sometimes, however, it's necessary for us to speak with other people, such as employees, employers, banks, or neighbors to gather the information we need about a taxpayer's account. You have the right to request a list of individuals we've contacted in connection with your account at any time.
- Keep this notice for your records.

If you need assistance, please don't hesitate to contact us.









**Department of the Treasury**
Internal Revenue Service
Director

| | | Document Locator Number | |
|---|---|---|---|

1973 N. Rulon White Blvd.
Ogden, UT 84201

**IDRS:** 6619846002

| MFT | Tax Period | Assessment Date | Trans Code |
|---|---|---|---|
| 30 | 200512 | 02/28/2011 | 670 570 |

Date of
This Notice: 02/28/2011

If you find it necessary to inquire about your account, please refer to this number. ▶

Taxpayer

SCOTT D MACNEILAGE
8826 N BANK DR
VENTURA CA 93004

Form Number: **1040**

Plan/Report Number:

Tax Period Ended: **12/31/2005**

**Notice of Tax Due on Federal Tax Return**

This is a notice of tax due on your tax return identified above. Please pay the amount shown as Balance Due when you receive this notice. Make your check payable to the United States Treasury and send it with a copy of this notice to the address shown above. If the balance due as shown below is incorrect because you made a recent payment, please send us the amount you believe you owe and an explanation of the difference.

The balance due may include Penalty and Interest. If you have any questions concerning the balance due or penalty and interest computation call us at 800-829-0115 (Business filers) or 800-829-8374 (Individual filers).

| | Reference | | Assessment | Adjustment or Credit | Balance Due |
|---|---|---|---|---|---|
| 02/28/2011 | ADD'L TAX | 300 | 20,054.00 | | |
| 02/28/2011 | DEL PEN | 160 | 512.1 | | |
| 02/28/2011 | ES PENALTY | 170 | 04.0 | | |
| 02/28/2011 | INTEREST | 190 | 9 .84 | | |

270        4,812.96

40,023.34

**Form 3552** (1-2011) (Part 3)
Catalog No. 49356T

Refused

Refused

for my

cause

Internal Revenue Service
1332 ANACAPA ST SUITE 101
SANTA BARBARA, CA 93101-20

Department of the Treasury

Date:
10/14/2010
Social Security
Employer Identification Number

CERTIFIED MAIL - RETURN RECEIPT

Person to Contact:
DAVID PATNOE

SCOTT D MACNEILAGE
8826 N BANK DR
VENTURA, CA 93004-3123

Contact Telephone Number:
(805)564-7572
Employee Identification Number:
95-09555

FINAL NOTICE
NOTICE OF INTENT TO LEVY AND NOTICE OF YOUR RIGHT TO A HEARING
*PLEASE RESPOND IMMEDIATELY*

**Why We Are Sending You This Letter**
Your federal tax is still unpaid. We asked you to pay the tax, but we still haven't received your payment. This letter is your notice of our intent to levy under Internal Revenue Code (IRC) Section 6331 and your right to request an Appeals hearing (under IRC Section 6330(a)).

**What You Need To Do**
Please send us a full payment today to prevent additional collection action. Make your check or money order payable to "United States Treasury". Write your Social Security number or Employer Identification Number on your payment. Send your payment to us in the enclosed envelope, along with a copy of this letter. The amount you owe through 11/13/2010 is $183,019.42. Additional penalty and interest charges will be due if you pay after this date.

If you wish to request an Appeals hearing, complete the enclosed Form 12153, *Request for a Collection Due Process or Equivalent Hearing,* and send it to us within 30 days from this letter's date. You must complete, sign, and return this form to the above address within 30 days to preserve your rights to contest an Appeals' decision in the U.S. Tax Court.

**Information about Interest and Penalty Charges**
The unpaid amount from prior notices may include tax, penalties, and interest you still owe. It also includes any credits and payments we've received since we sent our last notice to you. Below is a brief explanation of the interest and/or failure to pay penalty that may be included in the amount you owe:

**Interest - Internal Revenue Code Section 6601**
We charge interest when your tax is not paid on time. Interest is computed from the due date of your return (regardless of extensions) until paid in full. Interest is also charged on penalties for late filing and failure to pay tax owed. Interest compounds daily, except on late or underpaid estimated income taxes for individuals or corporations.

Letter 1058 (Rev. 10-2008)
Catalog Number: 40488S



Taxpa,  identification Numb

Compound Interest – We charge additional interest of 2 percent, according to our records, you didn't make your corporate tax (income, employment, excise, etc.) payment within 30 days after we notified you of the underpayment of tax. This interest begins on the 31st day after we notify you of the underpayment of tax amounts you owe over $100,000, minus your timely payments and credits.

## Paying Late - Internal Revenue Code Section 6651(a)(2), (a)(3) and (d)(1)

We charge a late penalty of ½ percent of the tax owed each month or part of a month that the tax remains unpaid from the due date up to a maximum of 25 percent of the tax due. The ½ percent increases to 1 percent for each subsequent month or part of a month if the tax remains unpaid 10 days after we issue a notice of intent to levy.

## What We Are Going To D

We may file a Notice of Federal Tax Lien at any time to protect the government's interest.  A lien is a public notice to your creditors that the government has a right to your current assets, including any assets you acquire after we file the lien.

If you don't pay the amount you owe, make alternative arrangements to pay, or request an Appeals hearing within 30 days from this letter's date, we may take collection action against your property, or rights to property, such as real estate, automobiles, business assets, bank accounts, and other income.

## How To Get Help

If you have recently paid this tax or if you can pay it, call us immediately at the telephone number shown at the top of this letter.

The enclosed Publication 594, The IRS Collection Process, and Publication 1660, Collection Appeal Rights, provide more information.

Sincerely yours,

DAVID PATNOE
REVENUE OFFICER

Enclosures:
Copy of this letter
Publication 594
Publication 1660
Form 12153

The table below shows the amount you owe:

| Form Number | Tax Period | Unpaid Amount from Prior Notices | Additional Penalty | Additional Interest | Amount You Owe |
|---|---|---|---|---|---|
| 1040 | 12/31/2001 | $51,344.47 | $0.00 | $702.43 | $52,046.90 |
| 1040 | 12/31/2003 | $8,496.25 | $0.00 | $1,869.37 | $10,365.62 |
| 1040 | 12/31/2004 | $50,824.82 | $0.00 | $1,371.57 | $52,196.39 |
| CIVPEN | 12/31/1997 | $5,000.00 | $0.00 | $520.96 | $5,520.96 |
| CIVPEN | 12/31/2001 | $10,000.00 | $0.00 | $419.51 | $10,419.51 |
| CIVPEN | 12/31/2002 | $10,000.00 | $0.00 | $646.88 | $10,646.88 |
| CIVPEN | 12/31/2003 | $5,000.00 | $0.00 | $323.44 | $5,323.44 |
| CIVPEN | 12/31/2004 | $10,000.00 | $0.00 | $419.51 | $10,419.51 |
| CIVPEN | 12/31/2005 | $5,000.00 | $0.00 | $246.41 | $5,246.41 |
| CIVPEN | 12/31/2006 | $5,000.00 | $0.00 | $361.48 | $5,361.48 |
| CIVPEN | 12/31/2007 | $15,000.00 | $0.00 | $472.32 | $15,472.32 |

**Letter 1058 (Rev. 10-2008)**
**Catalog Number: 40488S**

Refused

Rejected

for the

(cause)

Cause

Total:         $183,019.42



**Letter 1058 (Rev. 10-2008)**
Catalog Number: 40488S



Refused for Cause

**Internal Revenue Service**
1332 ANACAPA ST SUITE 101
SANTA BARBARA, CA 93101-2092

**Department of the Treasury**

Date:
  10/14/2010
Social Security or
Employer Identification Number

**CERTIFIED MAIL - RETURN RECEIPT**

Person to Contact:
  DAVID PATNOE

SCOTT D MACNEILAGE
8826 N BANK DR
VENTURA, CA 93004-3123

Contact Telephone Number:
  (805)564-7572
Employer Identification Number:
  95-0____5

**FINAL NOTICE**
**NOTICE OF INTENT TO LEVY AND NOTICE OF YOUR RIGHT TO A HEARING**
*PLEASE RESPOND IMMEDIATELY*

**Why We Are Sending You This Letter**
Your federal tax is still unpaid. We asked you to pay the tax, but we still haven't received your payment. This letter is your notice of our intent to levy under Internal Revenue Code (IRC) Section 6331) and your right to request an Appeals hearing (under IRC Section 6330(a)).

**What You Need To Do**
Please send us a full payment today to prevent additional collection action. Make your check or money order payable to "United States Treasury". Write your Social Security number or Employer Identification Number on your payment. Send your payment to us in the enclosed envelope, along with a copy of this letter. The amount you owe through 11/13/2010 is $183,019.42. Additional penalty and interest charges will be due if you pay after this date.

If you wish to request an Appeals hearing, complete the enclosed Form 12153, *Request for a Collection Due Process or Equivalent Hearing*, and send it to us within 30 days from this letter's date. You must complete, sign, and return this form to the above address within 30 days to preserve your rights to contest an Appeals' decision in the U.S. Tax Court.

**Information about Interest and Penalty Charges**
The unpaid amount from prior notices may include tax, penalties, and interest you still owe. It also includes any credits and payments we've received since we sent our last notice to you. Below is a brief explanation of the interest and/or failure to pay penalty that may be included in the amount you owe:

**Interest - Internal Revenue Code Section 6601**
We charge interest when your tax is not paid on time. Interest is computed from the due date of your return (regardless of extensions) until paid in full. Interest is also charged on penalties for late filing and failure to pay tax owed. Interest compounds daily, except on late or underpaid estimated income taxes for individuals or corporations.

**Letter 1058** (Rev. 10-2008)
Catalog Number: **40488S**

Refused

Returned for of cause

Taxpayer Identification Number:

Compound Interest - We charge additional interest of 2 percent if, according to our records, you didn't make your corporate tax (income, employment, excise, etc.) payment within 30 days after we notified you of the underpayment of tax. This interest begins on the 31st day after we notify you of the underpayment of tax amounts you owe over $100,000, minus your timely payments and credits.

**Paying Late - Internal Revenue Code Section 6651(a)(2), (a)(3) and (d)(1)**
We charge a late penalty of ½ percent of the tax owed each month or part of a month that the tax remains unpaid from the due date, up to a maximum of 25 percent of the tax owed. The ½ percent increases to 1 percent for each subsequent month or part of a month if the tax remains unpaid 10 days after we issue a notice of intent to levy.

**What We Are Going To Do**
We may file a Notice of Federal Tax Lien at any time to protect the government's interest. A lien is a public notice to your creditors that the government has a right to your current assets, including any assets you acquire after we file the lien.

If you don't pay the amount you owe, make alternative arrangements to pay, or request an Appeals hearing within 30 days from this letter's date, we may take collection action against your property, or rights to property, such as real estate, automobiles, business assets, bank accounts, and other income.

**How To Get Help**
If you have recently paid this tax or if you can't pay it, call us immediately at the telephone number shown at the top of this letter.

The enclosed Publication 594, *The IRS Collection Process,* and Publication 1660, *Collection Appeal Rights,* provide more information.

Sincerely yours,

DAVID PATNOE
REVENUE OFFICER

Enclosures:
Copy of this letter
Publication 594
Publication 1660
Form 12153

The table below shows the amount you owe:

| Form Number | Tax Period | Unpaid Amount from Prior Notices | Additional Penalty | Additional Interest | Amount You Owe |
|---|---|---|---|---|---|
| 1040 | 12/31/2001 | $51,344.47 | $0.00 | $702.43 | $52,046.90 |
| 1040 | 12/31/2003 | $8,496.25 | $0.00 | $1,869.37 | $10,365.62 |
| 1040 | 12/31/2004 | $50,824.82 | $0.00 | $1,371.57 | $52,196.39 |
| CIVPEN | 12/31/1997 | $5,000.00 | $0.00 | $520.96 | $5,520.96 |
| CIVPEN | 12/31/2001 | $10,000.00 | $0.00 | $419.51 | $10,419.51 |
| CIVPEN | 12/31/2002 | $10,000.00 | $0.00 | $646.88 | $10,646.88 |
| CIVPEN | 12/31/2003 | $5,000.00 | $0.00 | $323.44 | $5,323.44 |
| CIVPEN | 12/31/2004 | $10,000.00 | $0.00 | $419.51 | $10,419.51 |
| CIVPEN | 12/31/2005 | $5,000.00 | $0.00 | $246.41 | $5,246.41 |
| CIVPEN | 12/31/2006 | $5,000.00 | $0.00 | $361.48 | $5,361.48 |
| CIVPEN | 12/31/2007 | $15,000.00 | $0.00 | $472.32 | $15,472.32 |

**Letter 1058 (Rev. 10-2008)**
**Catalog Number: 40488S**



Total:        $183,019.42

Refused

Refused

for cause

**Letter 1058 (Rev. 10-2008)**
Catalog Number: 40488S

Refused

denied

for

cause of

**IRS** Department of the Treasury
Internal Revenue Service

**CERTIFIED MAIL**

CCP-LU DAVID PATNOE
1332 ANACAPA ST. STE 101
SANTA BARBARA, CA 93101

7178 2665 9394 9325 0248

**Letter Date:** 10/28/2010
**Taxpayer Identification Number:**
XXX-X
**Person to Contact:**
DAVID PATNOE
**Contact Telephone Number:**
(805) 564-7572
**Employee Identification Number:**
95-09555

008023

SCOTT D MACNEILAGE
8826 N BANK DR
VENTURA, CA 93004-312X

**Notice of Federal Tax Lien Filing and Your Right to a Hearing Under IRC 6320**

Dear SCOTT D MACNEILAGE

We filed a Notice of Federal Tax Lien on  10/26/2010 .

| Type of Tax | Tax Period | Assessment Date | Amount on Lien |
|---|---|---|---|
| 1040 | 12/31/2001 | 07/12/2010 | 51344.47 |
| 1040 | 12/31/2003 | 02/26/2007 | 8496.25 |
| 1040 | 12/31/2004 | 03/15/2010 | 50824.82 |
| 6702A | 12/31/1997 | 08/11/2008 | 5000.00 |
| 6702A | 12/31/2000 | 04/06/2009 | .00 |
| 6702A | 12/31/2001 | 06/07/2010 | 10000.00 |
| 6702A | 12/31/2002 | 04/20/2009 | 10000.00 |
| 6702A | 12/31/2003 | 04/20/2009 | 5000.00 |
| 6702A | 12/31/2004 | 04/06/2009 | .00 |
| 6702A | 12/31/2004 | 06/07/2010 | 10000.00 |
| 6702A | 12/31/2005 | 08/31/2009 | 5000.00 |
| 6702A | 12/31/2006 | 02/23/2009 | 5000.00 |
| 6702A | 12/31/2007 | 04/06/2009 | .00 |
| 6702A | 12/31/2007 | 04/05/2010 | .00 |
| 6702A | 12/31/2007 | 07/12/2010 | 15000.00 |

NOTE:  Please contact the person whose name and telephone number appears on this notice to obtain the current amount you owe.  Additional interest and penalties may be increasing the amount on the lien shown above.

A lien attaches to all property you currently own and to all property you may acquire in the future.  It also may damage your credit rating and hinder your ability to obtain additional credit.

You have the right to a hearing with us to appeal this collection action and to discuss your payment method options.  To explain the different collection appeal procedures available to you, we have enclosed Publication 1660, Collection Appeal Rights.

You must request your hearing by  12/02/2010 .  Please complete the enclosed Form 12153, *Request for a Collection Due Process or Equivalent Hearing,* and mail it to:

Internal Revenue Service
1332 ANACAPA ST. STE 101
SANTA BARBARA, CA 93101

Letter 3172 (DO) rev. (3-2009)
Catalog No. 267671

We will issue a Form 668(Z), Certificate of Release of Notice of Federal Tax Lien, within 30 days:

- After you pay the full amount of your debt;
- We accept a bond guaranteeing payment of the amount owed; or
- A decision is made to adjust your account (i.e., during an Appeals hearing).

We have enclosed Publication 1450, Instructions on How to Request a Certificate of Release of Federal Tax Lien.

If you have any questions, please contact the person whose name and telephone number appear at the top of this letter.

Sincerely,

Director, Campus Compliance Operations

Enclosures:
Publication 594, The Collection Process
Publication 1450
Publication 1660
Form 668 (Y) (C), Notice of Federal Tax Lien
Form 12153