Scott Daniel
8826 N. Bank Dr.
Ventura, California.
[93004]




US District Court Central California
Western Division
312 N. Spring St, Rm. G-8
Los Angeles, California
[90012]

Registered mail # RB 012 542 247 US

Dear clerk;

    Please file this refusal for cause (2 pages) in the case jacket of Article III case CV12 01781 (see copy of filing receipt below). This is evidence if this presenter claims I have obligations to perform or makes false claims against me in the future. A copy of this instruction has been sent with the original refusal for cause back to the presenter in a timely fashion.

**Certificate of Mailing**

    My signature below expresses that I have mailed a copy of the presentment, refused for cause with the original clerk instruction to the district court and the original presentment (55 pages), refused for cause in red ink and a copy of this clerk instruction has been mailed registered mail as indicated back to the presenter within a few days of presentment.

_Scott Daniel_
Scott Daniel

Department of Treasury
Timothy Franz Geithner
1500 Pennsylvania Ave N.W.
city of Washington, District of Columbia
[20220]

Registered mail # RB 012 542 255 US
Return Receipt

```
Court Name: U.S. District Court
Division: 2
Receipt Number: LA037789
Cashier ID: 11cash
Transaction Date: 03/02/2012
Payer Name: scott daniel
------------------------------
CIVIL FILING FEE
 For: scott daniel
 Case/Party: D-CAC-2-12-CV-001781-001
 Amount:       $350.00
------------------------------
CASH
 Amt Tendered: $350.00
------------------------------
Total Due:    $350.00
Total Tendered: $350.00
Change Amt:   $0.00

No refunds without original
receipt. Returned checks will be
assessed a fee of $53.00.
```

**Internal Revenue Service**
1332 ANACAPA ST
SANTA BARBARA, CA 93101-2090

**Department of the Treasury**

**CERTIFIED MAIL - RETURN RECEIPT**

SCOTT D MACNEILAGE
8826 NORTH BANK DR
VENTURA, CA 93004-3123

Date:
07/20/2012
Social Security or
Employer Identification Number
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
Person to Contact:
RUSTY W TATE
Contact Telephone Number:
(805)564-7524
Employee Identification Number:
1001023414

*Refused*

## FINAL NOTICE
### NOTICE OF INTENT TO LEVY AND NOTICE OF YOUR RIGHT TO A HEARING
*PLEASE RESPOND IMMEDIATELY*

**Why We Are Sending You This Letter**
Your federal tax is still unpaid. We asked you to pay the tax, but we still haven't received your payment. This letter is your notice of our intent to levy (under Internal Revenue Code (IRC) Section 6331) and your right to request an Appeals hearing (under IRC Section 6330(a)).

**What You Need To Do**
Please send us a full payment today to prevent additional collection action. Make your check or money order payable to "United States Treasury". Write your Social Security number or Employer Identification Number on your payment. Send your payment to us in the enclosed envelope, along with a copy of this letter. The amount you owe through 07/30/2012 is $10,208.78. Additional penalty and interest charges will be due if you pay after this date.

If you wish to request an Appeals hearing, complete the enclosed Form 12153, *Request for a Collection Due Process or Equivalent Hearing,* and send it to us within 30 days from this letter's date. You must complete, sign, and return this form to the above address within 30 days to preserve your rights to contest an Appeals' decision in the U.S. Tax Court.

**Information about Interest and Penalty Charges**
The unpaid amount from prior notices may include tax, penalties, and interest you still owe. It also includes any credits and payments we've received since we sent our last notice to you. Below is a brief explanation of the interest and/or failure to pay penalty that may be included in the amount you owe:

**Interest - Internal Revenue Code Section 6601**
We charge interest when your tax is not paid on time. Interest is computed from the due date of your return (regardless of extensions) until paid in full. Interest is also charged on penalties for late filing and failure to pay tax owed. Interest compounds daily, except on late or underpaid estimated income taxes for individuals or corporations.

Page 1

Letter 1058 (Rev. 10-2008)
Catalog Number: 40488S

Taxpayer Identification Number: 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

**Corporate Interest** – We charge additional interest of 2 percent if, according to our records, you didn't make your corporate tax (income, employment, excise, etc.) payment within 30 days after we notified you of the underpayment of tax. This interest begins on the 31st day after we notify you of the underpayment of tax amounts you owe over $100,000, minus your timely payments and credits.

**Paying Late - Internal Revenue Code Section 6651(a)(2), (a)(3) and (d)(1).**
We charge a late penalty of ½ percent of the tax owed each month or part of a month that the tax remains unpaid from the due date, up to a maximum of 25 percent of the tax due. The ½ percent increases to 1 percent for each subsequent month or part of a month if the tax remains unpaid 10 days after we issue a notice of intent to levy.

**What We Are Going To Do**
We may file a Notice of Federal Tax Lien at any time to protect the government's interest. A lien is a public notice to your creditors that the government has a right to your current assets, including any assets you acquire after we file the lien.

If you don't pay the amount you owe, make alternative arrangements to pay, or request an Appeals hearing within 30 days from this letter's date, we may take collection action against your property, or rights to property, such as real estate, automobiles, business assets, bank accounts, and other income.

**How To Get Help**
If you have recently paid this tax or if you can't pay it, call us immediately at the telephone number shown at the top of this letter.

The enclosed Publication 594, *The IRS Collection Process,* and Publication 1660, *Collection Appeal Rights,* provide more information.

Sincerely yours,

RUSTY W TATE
REVENUE OFFICER

Enclosures:
Copy of this letter
Publication 594
Publication 1660
Form 12153

The table below shows the amount you owe:

| Form Number | Tax Period | Unpaid Amount from Prior Notices | Additional Penalty | Additional Interest | Amount You Owe |
|---|---|---|---|---|---|
| CIVPEN | 12/31/2009 | $5,000.00 | $0.00 | $104.39 | $5,104.39 |
| CIVPEN | 12/31/2010 | $5,000.00 | $0.00 | $104.39 | $5,104.39 |

Total: $10,208.78

Page 2

Letter 1058 (Rev. 10-2008)
Catalog Number: 40488S