Scott Daniel
8826 N. Bank Dr.
Ventura, California.
[93004]

US District Court Central California            Registered mail #RB 012 542 216 US
Western Division
312 N. Spring St, Rm. G-8
Los Angeles, California
[90012]

Dear clerk;

    Please file this refusal for cause without dishonor per UCC 3-501 (2 pages) in the case jacket of Article III case 2:12-cv-01781-RGK-AJW (see copy of filing receipt below). This is evidence if this presenter claims I have obligations to perform or makes false claims against me in the future. A copy of this instruction has been sent with the original refusals for cause back to the presenter in a timely fashion.

### Certificate of Mailing

    My signature below expresses that I have mailed a copy of the presentments, refused for cause with the original clerk instruction to the district court and the original presentment, refused for cause in red ink and a copy of this clerk instruction have been mailed registered mail as indicated back to the presenter within a few days of presentment.

                                         _Scott Daniel_
                                         Scott Daniel

State of California                          Certified Mail:
FRANCHISE TAX BOARD
PO Box 942867                                7011 2000 0001 7433 8953
Sacramento, California 94267-0011

Rachel Escamilla                             Certified Mail: 7011 2000 0001 7433
Executive and Advocate Services                                             8960
PO Box 157
Rancho Cordova, California 95741-0157

```
Court Name: U.S. District Court
Division: 2
Receipt Number: LA037789
Cashier ID: 11cash
Transaction Date: 03/02/2012
Payer Name: scott daniel
--------------------------------
CIVIL FILING FEE
  For: scott daniel
  Case/Party: D-CAC-2-12-CV-001781-001
  Amount:        $350.00
--------------------------------
CASH
  Amt Tendered: $350.00
--------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00

No refunds without original
receipt. Returned checks will be
assessed a fee of $53.00.
```

STATE OF CALIFORNIA
FRANCHISE TAX BOARD
PO BOX 942867
SACRAMENTO CA 94267-0011

CR13
496601210006

Notice Date: 10/01/12

10011210090807060S++11108108400000000000000000000000335506251

## Final Notice Before Levy

☐ Check this box and indicate new address on reverse.

SCOTT D MACNEILAGE
8826 N BANK DR
VENTURA CA 93004-3123

Account Number: 1110810840
Tax Year(s): 2010,2009,2008,2007
2006,2005

Balance Due: $33,550.62
Pay By: 10/16/12

Return this part with your payment ↑
Keep this part for your records ↓

## Final Notice Before Levy

Notice Date: 10/01/12        Account Number: 1110810840

**This is your final demand for payment.** If we do not receive payment in full within 30 days of the date of this notice, a state tax lien may be filed against your property per Government Code Section 7171. We can also begin involuntary collection action, without further notice to you, which may include imposing a $159.00 collection fee***, contacting third parties, seizing deposit accounts, and seizing and selling real and personal property. Collection action allows us to garnish 25 percent of your wages.

The balance summary below shows the details of your account. The balance due includes all payments and credits applied to your account through September 09, 2012.

**If you think you do not owe this amount,** call us at (866) 418-3702, or send a fax to (916) 845-4914. Persons with hearing or speech impairments please call TTY/TDD (800) 822-6268. If you have already paid the balance due, contact us immediately with proof of payment, such as the number stamped on your canceled check.

**If you cannot pay the balance due,** you may be eligible to make monthly payments through our Installment Agreement Program. For more information, go to **ftb.ca.gov** and search for **installment agreement**. To request an *Installment Agreement Request* (FTB 3567), call (800) 338-0505, follow the instructions to request forms, then enter code 949.

**To Pay Your Balance:**

**Online and other payment options:** Go to ftb.ca.gov and select **payment options**.

**Check or money order:** Make payable to the **Franchise Tax Board**. Include your full name and account number on your payment and mail to:

FRANCHISE TAX BOARD
PO BOX 942867
SACRAMENTO CA 94267-0011

**Credit card:** Use FTB 4032 (enclosed).

No additional penalties or interest will accrue if we receive full payment within 15 days from the notice date.

### BALANCE SUMMARY FOR ACCOUNT 1110810840

| TAX YEAR | TAX | * PENALTY AMOUNT | CODE ** | * INTEREST | COLLECT * FEES | PAYMENTS | ADJUSTMENTS | TAX YEAR AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 2010 | $265.00 | $135.00 | A | $16.16 | $0.00 | $265.00 | $0.00 | $151.16 |
| 2009 | $2,675.00 | $1,337.50 | AD | $350.99 | $0.00 | $0.00 | $0.00 | $4,463.49 |
| 2008 | $4,293.00 | $1,073.25 | A | $794.56 | $0.00 | $0.00 | $0.00 | $6,160.81 |
| 2007 | $3,505.00 | $876.25 | A | $992.87 | $0.00 | $0.00 | $0.00 | $5,374.12 |
| 2006 | $3,500.00 | $875.00 | A | $1,439.26 | $0.00 | $0.00 | $0.00 | $5,814.26 |
| 2005 | $3,908.00 | $977.00 | A | $2,077.93 | $0.00 | $2,038.76 | $0.00 | $4,924.17 |

| **OTHER LIABILITY CODES = = > | W | OTHER LIABILITY AMOUNT = = > | $6,662.61 |

BALANCE DUE   $33,550.62

* Penalties, interest, fees, and your rights as a California taxpayer are explained on the enclosed insert FTB 1140.
** Penalty and other liability codes are listed on FTB 4959.
*** The amount of the fee may be changed without further notice based on legislative requirements.

FTB 4966 V5 ARCS (REV 06-2011)

## Penalty and Other Liability Codes

California tax law authorizes the assessment of penalties for failure to meet the deadlines for filing tax returns, paying taxes, or furnishing information. The type of penalty or liability charged to your account is identified below.

**Tax Year Penalty Codes -**

A   Failure to file a return by the due date *
B   Failure to pay the tax shown on your return by the due date *
C   Underpayment of estimated tax *
D   Failure to file a return *
E   Failure to make a reasonable attempt to obey the tax laws *
F   Fraud/Delinquent return
G   Overstatement of property's value or its adjusted basis
H   Substantial understatement of tax liability
I   Miscellaneous penalty
J   Fraud penalty
K   Failure to furnish information
L   Failure to report unrealized gain on commodity straddles
M   Failure to file return or furnish information upon notice and demand
N   Failure to supply Schedule K-1
O   Accuracy-related penalty
P   Fraud/Accuracy-related penalty
Q   Taxpayer penalty
R   Combined penalties
S   Accuracy/Gross valuation misstatement
T   Reportable transaction understatement
U   Interest-based penalty
V   Noneconomic substance transaction understatement
W   50 percent interest based
X   Post Amnesty
Y   40 percent accuracy
Z   Increased interest related to potentially abusive tax shelters

**Taxpayer Liability Codes -**
**These liabilities are penalties for:**

A   Submitting false *Employee's Withhold Allowance Certificate*, federal form W-4
B   Submitting false *Employee's Withhold Allowance Certificate*, state form DE-4
C   A dishonored payment *
D   Unmeritorious proceedings by a taxpayer
E   Promoting abusive tax shelters
F   Aiding/Abetting understatement of tax liability
G   Filing a frivolous return
H   Failure to file/furnish an information return
I   Failure to furnish information regarding tax shelters by a promoter
J   Failure to maintain records regarding tax shelters
K   Failure to meet original issue discount reporting requirements
L   Failure to report amounts paid as compensation for personal services
M   Failure to furnish information required to register tax shelters
N   Failure to provide reports on IRA/annuities
O   Understatement of taxpayer's tax liability by a tax preparer
P   Failure of tax preparer to furnish copy of return to taxpayer
Q   Tax preparer who endorses/negotiates a taxpayer's refund warrant
R   Failure to provide licensee information
S   Frivolous court proceeding
T   Failure to file complete, accurate, and timely withholding information return
U   Preparer penalty-understatement of taxpayer's liability
V   Promoter penalty
W   Frivolous court penalty
X   Failure to register or maintain investor list penalty
Y   Failure to disclose reportable and listed transaction penalty
Z   Frivolous submissions penalty
1   Failure to register as a tax preparer with the California Tax Education Council
2   Nonwage withholding penalty or liability
3   Erroneous direct deposit refund
4   Mandatory e-pay penalty (1 percent)
5   Court-ordered restitution
6   Cost of investigation/prosecution

*The enclosed insert explains these penalties in more detail.

FTB 4959 ARCS (REV 09-2011)

